No. 01–8504.  HILL v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–8520.  SONTCHI v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8522.  NADDI v. LAMARQUE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–8523.  IN RE PELLEGRINO.  C. A. 8th Cir.  Certiorari denied.

No. 01–8524.  PILARCZYK v. AYERS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–8526.  DEVIEUX v. DELAWARE DIVISION OF FAMILY SERVICES ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 01–8530.  SPURGEON v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 01–8533.  WOODS v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 01–8535.  TRACY v. ADDISON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–8543.  DUMAS v. JURY SELECTION COMMISSION OF LEBANON COUNTY ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 01–8545.  ANDERSON v. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 01–8560.  NOBLES v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 01–8571.  BARNES v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 01–8575.  JONES v. BRYANT, WARDEN.  C. A. 7th Cir.  Certiorari denied.